**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERCA, *ex rel.*, DONNA SHERRILL,** | ) | |
| | ) | |
| **Plaintiff-Realtor,** | ) | |
| | ) | **No. 3:22-cv-00981** |
| **v.** | ) | |
| | ) | |
| **CENTENE CORPORATION, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>SEALED ORDER</u>**

The parties shall file a final settlement agreement on or before **June 20, 2025.**

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE