IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DONNA SHERRILL, | ) | Civil Case No.: 3:22-cv-0981 |
| Plaintiff-Relator, | ) | |
| v. | ) | **UNDER SEAL** |
| CENTENE CORPORATION, LLC, | ) | |
| Defendant | ) | |

# ORDER

The United States shall have until September 12, 2025, to consummate the settlement.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE