IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHERRILL,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CENTENE CORPORATION, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No.: 3:22-cv-0981<br>Judge Crenshaw<br>Magistrate Judge Frensley<br><br>**UNDER SEAL** |

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C §§ 3730(b)(2) and (4), the Court rules as follows:

**IT IS ORDERED** that,

1. the Relator's Complaint (Docket No. 1), the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part and Motion to Unseal (Docket No. 67), and this Order shall be unsealed;
2. all other contents of the Court file shall be unsealed except for the following *in camera* submissions (including any exhibits and/or attachments) supporting the United States' requests for extension of the intervention deadline, partial lifting of the seal, status reports, and mediator reports: Docket Numbers 13, 20, 23, 26, 29, 32, 35, 36, 37, 39, 43, 45, 46, 47, 49, 51, 53, 55, 57, 58, 61, 64, and 66;
3. the current seal shall be lifted on all other matters occurring in this action after the date of this Order;
4. the United States shall file its complaint in intervention with the Court within sixty (60)

days of the date of this Order, and thereafter serve the complaint on Defendant in the time required by Federal Rule of Civil Procedure 4(m);

5. the Relator shall serve the Amended Complaint upon Defendant within sixty (60) days of the date of this Order;
6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. §3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;
7. all orders of this Court shall be sent to the United States; and
8. should the Relator or Defendant propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.
9. upon the filing of a responsive pleading to the Complaint of Intervention and Amended Complaint, the Parties shall request an Initial Case Management Conference.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**UNITED STATES MAGISTRATE JUDGE**